IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff,**<br><br>v.<br><br>**EDUARDO GARCIA-PATINO**<br><br>**Defendant.** | Case No.  17-20016-CM/JPO |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about March 31, 2017, in the District of Kansas, the defendant,

**EDUARDO GARCIA-PATINO,**

knowingly and intentionally possessed with the intent to distribute more than 500 grams of a mixture or substance containing methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

2

                      A TRUE BILL.

Dated:  April 12, 2017                      s/Foreperson_____
                                                        FOREPERSON

*s/James T. Ward, SAUSA*, # 23356 for
THOMAS E. BEALL
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
Email:  thomas.beall@usdoj.gov
Ks. S. Ct. No. 19929

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

Count 1: 21 USC 841(a)(1) and (b)(1)(A), Possession with Intent to Distribute
   500 grams or more of a mixture or substance containing Methamphetamine

- NLT 10 years to NMT life imprisonment;
- NMT $10,000,000.00 fine;
- NLT 5 years supervised release; and
- $100.00 special assessment fee.

If the defendant has a prior conviction for a felony drug offense the penalties are:
- NLT 20 years to NMT life imprisonment;
- NMT $20,000,000.00 fine;
- NLT 10 years supervised release; and
- $100.00 special assessment fee.

If the defendant has two or more prior convictions for felony drug offenses the penalties are:
- NLT life imprisonment;
- NMT $20,000,000.00 fine;
- NLT life supervised release; and
- $100.00 special assessment fee.